1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DESMOND T. MANAGO,

           Petitioner,

      v.

UNITED STATES OF AMERICA,

           Respondent.

CASE NO. C22-1839RSM

ORDER DENYING MOTION TO
VACATE, SET ASIDE, OR CORRECT
SENTENCE

      Before the Court is Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. #1.  On February 5, 2015, Desmond T. Manago was sentenced to 120 months of confinement following a guilty plea for sex trafficking of a minor.  Case No. 14-cr-00023-RSM, Dkts. #31 and #32.  No appeal has been filed.

      Petitioner's instant Motion is extremely brief.  He's states only one ground for relief: "apply First Step Act to sentence." Dkt. #1 at 5.  The supporting facts say: "Manago was convicted and sentenced to sex trafficking of a minor.  Sex trafficking of a minor qualifies for the First Step Act.  The First Step Act was made retroactive by the supreme court and should be applied to Manago's sentence." *Id*.

      A response from the Government is unnecessary under Rule 4 of the Rules Governing § 2255 Proceedings because it plainly appears that Petitioner is not entitled to relief.  The Court

ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE – 1

can easily rule at this time that the petition is lacking in sufficient facts or law to be granted and is otherwise frivolous.  Dismissal is warranted.

Having reviewed the Motion, along with the remainder of the record, the Court hereby finds and ORDERS that Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. #1, is DENIED.

DATED this 8th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE – 2